IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **JASON ROBERT GOLDADER,** ) | Civil Action No. 7:12-cv-00505 | |
| Plaintiff, ) | | |
| ) | | |
| v. ) | **ORDER** | |
| ) | | |
| **JOHN A. WOODSON,** ) | By: Hon. Michael F. Urbanski | |
| Defendant. ) | United States District Judge | |

In accordance with the Memorandum Opinion entered this day, it is hereby

ORDERED

that the Complaint is **DISMISSED without prejudice** as frivolous, pursuant to 28 U.S.C. § 1915A(b)(1); plaintiff's motion to amend is **DENIED** as futile; plaintiff's motion to update the caption is **DENIED** as moot; and the action is **STRICKEN** from the active docket.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to plaintiff.

Entered: December 21, 2012

/s/ Michael F. Urbanski

Michael F. Urbanski
United States District Judge